IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN FISSELLA, individually and on Behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PRIMARY AIM, LLC; and DOES 1 to 25<br><br>Defendants. | Civil Action No. 2:21-cv-01592 |

ORDER APPROVING
**STIPULATION FOR DISMISSAL**

Plaintiff, RYAN FISSELLA, and Defendants, PRIMARY AIM, LLC: and DOES 1-25, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: June 13, 2022

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | LITCHFIELD CAVO, LLP |
| By: _/s/ Benjamin J. Sweet_<br>Benjamin J. Sweet, Esq.<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, Pennsylvania 15243<br>Telephone: (412) 857-5350 | By: _/s/ Trisha A. Gill_<br>Trisha A. Gill, Esq.<br>603 Stanwix Street, 10th Floor<br>Pittsburgh, Pennsylvania 15222<br>Telephone: (412) 291-8240 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

So Ordered,
/s/ Maureen P. Kelly
U.S.M.J.

Dated: 6/14/22